IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR380 |
| vs. | ) | ORDER |
| JONATHAN A. VALENTINE, | ) | |
| Defendant. | ) | |

This matter is before the court on the waiver of a detention hearing by defendant Jonathan A. Valentine (Valentine) (Filing No. 30). At the defendant's initial appearance before the court on the Indictment, Valentine was in state custody and the government's motion for detention was held in abeyance. The defendant having waived a detention hearing and upon the defendant coming into federal custody,

**IT IS ORDERED:**

1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 29th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge